ORIGINAL

MESNGON_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 2 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSEPH A.Q. MESNGON,<br><br>    Defendant,<br><br>DEPARTMENT OF ADMINISTRATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | CRIMINAL CASE NO. 01-00057<br><br>**MOTION TO TERMINATE<br>WRIT OF CONTINUING<br>GARNISHMENT** |

On or about August 5, 2004, a Writ of Continuing Garnishment, and November 10, 2004, an Amended Writ of Continuing Garnishment directed to Garnishee were duly issued and served upon the Garnishee. On or about November 14, 2005, final payment was received.

//
//
//
//
//
//

Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment and Amended Writ of Continuing Garnishment against Defendant JOSEPH A.Q. MESNGON.

DATED this 22nd day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney