MESNGON_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH A.Q. MESNGON,<br><br>　　　　　Defendant,<br><br>DEPARTMENT OF ADMINISTRATION,<br>GOVERNMENT OF GUAM,<br><br>　　　　　Garnishee. | CRIMINAL CASE NO. 01-00057<br><br><br>ORDER |

Based upon the Plaintiff's Motion To Terminate Writ of Continuing Garnishment, the Writ of Continuing Garnishment and Amended Writ of Continuing Garnishment are hereby terminated.

DATED this 28th day of November 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

**ORIGINAL**