ORIGINAL

MESNGON_J.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOSEPH A.Q. MESNGON,<br><br>   Defendant,<br><br>DEPARTMENT OF ADMINSITRATION,<br>GOVERNMENT OF GUAM,<br><br>   Garnishee. | CRIMINAL CASE NO. 01-00057<br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment; Final Accounting Upon Termination Writ of Continuing Garnishment;** and **Order** were sent to the defendant and garnishee by mail on _December 2, 2005_.

_____
MICHELLE PEREZ