ORIGINAL

1  MESNGON_J.pet

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
JUN -1 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorney's for United States of America

8
               IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE DISTRICT OF GUAM
10

11 UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 01-00057
                                    )
12              Plaintiff,          )
                                    )   PETITION TO TRANSFER
13        v.                        )   PAYMENTS FROM THE RESTITUTION
                                    )   FUND TO THE PENALTY FUND
14 JOSEPH A.Q. MESNGON,             )   (DEPOSIT FUND 109900)
                                    )
15              Defendant.          )
                                    )
16

17                              PETITION

18       COMES NOW the United States of America, by and through its undersigned counsel, and

19 respectfully petitions this Court for the entry of an order transferring from the Restitution Fund to

20 the Penalty Fund (fund 109900) in the above entitled action and in support hereof, states as

21 follows:

22       1.    On or about October 4, 2001, sentence was imposed by this Court against

23 Defendant JOSEPH A.Q. MESNGON (hereinafter referred to as "Defendant MESNGON").

24 Among other things, a $100.00 special assessment fee and restitution in the amount of $9,000.00

25 were ordered. See Attachment "A."

26 //

27 //

28 //

- 2 -

2. Defendant MESNGON made payments totaling $9,671.71, of which $9,621.71 was deposited in the Restitution Fund. See Attachment "B."

3. Interest accrued at the legal rate of 2.39% and a total of $601.71 had accrued on Defendant MESNGON's court ordered restitution.

4. A total of $20.00 in penalties was assessed against Defendant MESNGON.

5. Plaintiff respectfully requests that the amount of $20.00 paid by Defendant MESNGON and deposited in the Restitution Fund be transferred to the penalty fund (Deposit Fund 109900).

DATED this __1st__ day of __June__, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# United States District Court
## District of Guam

RECEIVED
U.S. ATTORNEYS OFFICE
DISTRICT OF GUAM
2001 OCT 17 PM 1:34

U.S.A.

vs.

JOSEPH A.Q. MESNGON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 01-00057 -001

ARENS, RICHARD P.
Defendant's Attorney

**FILED**
DISTRICT COURT OF GUAM
OCT 1 6 2001
MARY L.M. MORAN
CLERK OF COURT

## THE DEFENDANT:

[J] pleaded guilty to count(s) **1**

[ ] plead nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1030 (a)(2)(A) and 1030 (a)(2)(B) | Fraud in Connection with Computers from Financial Institution | 04/30/01 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ▇▇▇

Defendant's Date of Birth: ▇▇▇

Defendant's USM No.: 01272093

Defendant's Residence Address:
▇▇▇
Toto, Guam

10/04/2001
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

John S. Unpingco
U.S. District Court Judge
Name and Title of Judicial Officer

OCT 1 6 2001
Date

Defendant's Mailing Address:
▇▇▇
Guam Main Facility
Barrigada, Guam 96931



Imprisonment

Defendant: JOSEPH A.Q. MESNGON
Case Number: 01-00057 -001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **1 Month(s).**

The court makes the following recommendations to the Bureau of Prisons:

The defendant shall surrender to the United States Marshal for this district at 08:00AM on 10/09/01.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

Defendant:      JOSEPH A.Q. MESNGON

Case Number:   01-00057 -001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __36 months.__

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
>
> [✓] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

[✓] The defendant shall not posess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemenet agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:     JOSEPH A.Q. MESNGON

Case Number:   01-00057 -001

## ADDITIONAL SUPERVISED RELEASE TERMS

Defendant shall not use or possess illegal controlled substances; and shall submit to one urinalysis test within 15 days after release from imprisonment, and to two more urinalysis tests thereafter. This drug condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Defendant shall obtain and maintain lawful employment.

Defendant shall pay restitution immediately to the victim in this case. Restitution payments are to be made to the District Court of Guam, Attn: Clerk of Court for disbursements to the victim. (See Restitution page).

Defendant shall be prohibited from incurring new credit charges or opening new credit accounts.

Defendant shall provide the probation office access to any requested financial information.

Defendant shall perform 200 hours of community service.

Defendant: JOSEPH A.Q. MESNG
Case Number: 01-00057 -001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set on the Schedule of Payments page of this order, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals | $ 100.00 | $ 0.00 | $ 9,000.00 |

[ ] If applicable, restitution amount ordered pursuant to plea agreement.......... $ 0.00

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ 0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Page 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] The interest requirement is waived.

   [ ] The interest requirement is waived as follows:

## RESTITUTION

[ ] The determination of restitution is deferred until / / . an Amended Judgment in a Criminal Case will be entered after such a determination.

[x] The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| JSA Federal Credit Union, Attn: Melinda Rosas, 9889 Erma Road, P.O. Box 26339, San Diego, CA 92196 | $ 9,000.00 | $ 9,000.00 | 100 |

Totals: $ 9,000.00    $ 9,000.00

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Defendant:     JOSEPH A.Q. MESNGON
Case Number:   01-00057 -001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [J]  in full immediately; or

B [ ]  immediately, balance due (in accordance with C, D, or E); or

C [ ]  not later than  / /         ;

D [ ]  in installments to commence          day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ]  in          installments of          over a period of          year(s) to commence          day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006                                    Case: CR-01-00057
           Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 12/05/2001 | 0019931 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 | |
| | | | USA vs Joseph A. Q. Mesgon | |
| | | | Assessments/Fines | |
| | | | Check Info: 68-7497/2560 #0415175631 | |
| | | | Restitution | |
| | | |    Assessments/Fines | $ 100.00 S/A |
| | | |    Restitution | $ 50.00 |
| | | | Payment Type(s) | |
| | | |    Check | $ 150.00 |
| 01/04/2002 | 0020005 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 | |
| | | | USA vs Joseph A. Q. Mesngon | |
| | | | Restitution | |
| | | |    Restitution | $ 50.00 |
| | | | Payment Type(s) | |
| | | |    Cash | $ 50.00 |
| 02/06/2002 | 0020138 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 | |
| | | | Re: USA vs Joseph A.Q. Mesngon | |
| | | | Restitution | |
| | | |    Restitution | $ 50.00 |
| | | | Payment Type(s) | |
| | | |    Cash | $ 50.00 |
| 03/05/2002 | 0020230 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 | |
| | | | USA vs Joseph A. Q. Mesngon | |
| | | | Restitution | |
| | | |    Restitution | $ 50.00 |
| | | | Payment Type(s) | |
| | | |    Cash | $ 50.00 |
| 04/09/2002 | 0020329 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 | |
| | | | USA vs Joseph A. Q. Mesngon | |
| | | | Restitution | |
| | | |    Restitution | $ 50.00 |
| | | | Payment Type(s) | |
| | | |    Cash | $ 50.00 |

300


B

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006　　　　　　　　　　　　　　　　　　　　Case: CR-01-00057

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 05/03/2002 | 0020391 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs Joseph A.Q. Mesngon<br>Restitution<br>　Restitution | $ 50.00 |
| | | | Payment Type(s)<br>　Cash | $ 50.00 |
| 06/11/2002 | 0020491 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A.Q. Mesngon<br>Restitution<br>　Restitution | $ 50.00 |
| | | | Payment Type(s)<br>　Cash | $ 50.00 |
| 07/11/2002 | 0020607 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs Joseph A.Q. Mesngon<br>Restitution<br>　Restitution | $ 50.00 |
| | | | Payment Type(s)<br>　Cash | $ 50.00 |
| 09/11/2002 | 0021022 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A.Q. Mesngon<br>Restitution<br>　Restitution | $ 100.00 |
| | | | Payment Type(s)<br>　Cash | $ 100.00 |
| 11/12/2002 | 0021416 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A. Q. Mesngon<br>Restitution<br>　Restitution | $ 100.00 |
| | | | Payment Type(s)<br>　Cash | $ 100.00 |

350

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006  
Case: CR-01-00057  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 01/06/2003 | 0021660 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs Joseph A.Q. Mesngon<br>Restitution<br>    Restitution | $ 200.00 |
| | | | Payment Type(s)<br>    Cash | $ 200.00 |
| 06/13/2003 | 0022538 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>    Restitution | $ 500.00 |
| | | | Payment Type(s)<br>    Cash | $ 500.00 |
| 09/03/2003 | 0022977 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A.Q. Mesngon<br>Restitution<br>    Restitution | $ 250.00 |
| | | | Payment Type(s)<br>    Cash | $ 250.00 |
| 09/03/2003 | 0022978 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A. Q. Mesngon<br>Restitution<br>    Restitution | $ 50.00 |
| | | | Payment Type(s)<br>    Cash | $ 50.00 |
| 10/09/2003 | 0023200 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs Joseph A.Q. Mesngon<br>Restitution<br>    Restitution | $ 200.00 |
| | | | Payment Type(s)<br>    Cash | $ 200.00 |

*(handwritten: 1,200-)*

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006

Case: CR-01-00057

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 11/07/2003 | 0023382 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Re: USA vs Joseph A.Q. Mesngon<br>Restitution | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 12/09/2003 | 0023535 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 01/07/2004 | 0023673 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>RE: USA vs JOSEPH A.Q. MESNGON<br>Restitution | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 02/04/2004 | 0023814 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 03/08/2004 | 0024006 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |

1000

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006  
Case: CR-01-00057

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 04/06/2004 | 0024191 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>RE: USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>   Restitution | $ 200.00 |
| | | | Payment Type(s)<br>   Cash | $ 200.00 |
| 05/06/2004 | 0024433 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>RE: USA vs JOSEPH A. Q. MESNGON<br>Restitution<br>   Restitution | $ 200.00 |
| | | | Payment Type(s)<br>   Cash | $ 200.00 |
| 06/10/2004 | 0024638 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>   Restitution | $ 150.00 |
| | | | Payment Type(s)<br>   Cash | $ 150.00 |
| 07/09/2004 | 0024792 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>RE: USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>   Restitution | $ 150.00 |
| | | | Payment Type(s)<br>   Cash | $ 150.00 |
| 08/19/2004 | 0025006 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0006884<br>   Restitution | $ 150.00 |
| | | | Payment Type(s)<br>   Check | $ 150.00 |

850

5/25/2006 3:39 pm

Page 5 of 12

Case 1:01-cr-00057 Document 27 Filed 06/01/2006 Page 13 of 20

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006  
Case: CR-01-00057  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 09/07/2004 | 0025113 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0007689<br>   Restitution | $ 150.00 |
|  |  |  | Payment Type(s)<br>   Check | $ 150.00 |
| 09/17/2004 | 0025156 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0008240<br>   Restitution | $ 150.00 |
|  |  |  | Payment Type(s)<br>   Check | $ 150.00 |
| 09/29/2004 | 0025226 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0009626<br>   Restitution | $ 150.00 |
|  |  |  | Payment Type(s)<br>   Check | $ 150.00 |
| 10/14/2004 | 0025299 | GOVERNMENT OF GUAM | CR-01-00057: CR-01-00057<br>USA VS. JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0011193<br>   Restitution | $ 150.00 |
|  |  |  | Payment Type(s)<br>   Check | $ 150.00 |
| 10/27/2004 | 0025353 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. MESNGON<br>Restitution<br>Check Info: 101-511-1214 #0016784<br>   Restitution | $ 150.00 |
|  |  |  | Payment Type(s)<br>   Check | $ 150.00 |

*150-* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006        Case: CR-01-00057

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 11/10/2004 | 0025430 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0016393<br>    Restitution | $ 150.00 |
| | | | Payment Type(s)<br>    Check | $ 150.00 |
| 11/24/2004 | 0025501 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0020594<br>    Restitution | $ 150.00 |
| | | | Payment Type(s)<br>    Check | $ 150.00 |
| 12/10/2004 | 0025593 | DEPARTMENT OF ADMINISTRATION | CR-01-00057: CR-01-00057<br>USA VS. JOSEPH Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0021845<br>    Restitution | $ 200.00 |
| | | | Payment Type(s)<br>    Check | $ 200.00 |
| 12/22/2004 | 0025631 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0026456<br>    Restitution | $ 200.00 |
| | | | Payment Type(s)<br>    Check | $ 200.00 |
| 01/07/2005 | 0025713 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH ANTHONY Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0027078<br>    Restitution | $ 200.00 |
| | | | Payment Type(s)<br>    Check | $ 200.00 |

Date Range: 05/01/2001 - 05/25/2006  Case: CR-01-00057
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 01/19/2005 | 0025772 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0028376<br>    Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>    Check | $ 200.00 |
| 02/04/2005 | 0025861 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0033063<br>    Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>    Check | $ 200.00 |
| 02/18/2005 | 0025946 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0033980<br>    Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>    Check | $ 200.00 |
| 03/02/2005 | 0026003 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0038399<br>    Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>    Check | $ 200.00 |
| 03/17/2005 | 0026082 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0039470<br>    Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>    Check | $ 200.00 |

1000

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006                                    Case: CR-01-00057
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 03/31/2005 | 0026147 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0044378<br>  Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>  Check | $ 200.00 |
| 04/15/2005 | 0026235 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A. Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0045333<br>  Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>  Check | $ 200.00 |
| 04/26/2005 | 0026275 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0050140<br>  Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>  Check | $ 200.00 |
| 05/11/2005 | 0026378 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>USA vs JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0051586<br>  Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>  Check | $ 200.00 |
| 05/26/2005 | 0026462 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057<br>Restitution<br>USA vs JOSEPH ANTHONY Q. MESNGON<br>Check Info: 101-511/1214 #0052318<br>  Restitution | $ 200.00 |
|  |  |  | Payment Type(s)<br>  Check | $ 200.00 |

1000

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006  
Case: CR-01-00057  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 06/09/2005 | 0026533 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 USA vs JOSEPH ANTHONY Q. MESNGON Restitution Check Info: 101-511/1214 #0056984 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 06/22/2005 | 0026619 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-501/1214 #0057759 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 07/11/2005 | 0026727 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0062616 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 07/25/2005 | 0026800 | GOVERNMENT OF GUAM | | |
| | | | CR-01-00057: CR-01-00057 USA VS. JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0063318 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 08/04/2005 | 0026872 | MESNGON, JOSEPH ANTHONY Q. | | |
| | | | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0067330 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006  
Case: CR-01-00057  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 08/18/2005 | 0026948 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057 USA vs JOSEPH ANTHONY Q. MESNGON Restitution Check Info: 101-511/1214 #0068061 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 09/02/2005 | 0027023 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0072638 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 09/14/2005 | 0027080 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-501/1214 #0073143 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 09/28/2005 | 0027156 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0077380 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |
| 10/14/2005 | 0027359 | MESNGON, JOSEPH ANTHONY Q. | CR-01-00057: CR-01-00057 USA vs JOSEPH A.Q. MESNGON Restitution Check Info: 101-511/1214 #0079291 | |
| | | | Restitution | $ 200.00 |
| | | | Payment Type(s) Check | $ 200.00 |

*1000*

5/25/2006  3:39 pm                                                                                       Page 11 of 12

Case 1:01-cr-00057     Document 27     Filed 06/01/2006     Page 19 of 20

# District Court of Guam
# Fees Report

Date Range: 05/01/2001 - 05/25/2006                              Case: CR-01-00057
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 10/27/2005 | 0027422 | GOVERNMENT OF GUAM | CR-01-00057: CR-01-00057<br>USA VS. JOSEPH A.Q. MESNGON<br>Restitution<br>Check Info: 101-511/1214 #0080057<br>　　Restitution | $ 200.00 |
| | | | Payment Type(s)<br>　　Check | $ 200.00 |
| 11/14/2005 | 0027531 | DEPARTMENT OF ADMINISTRATION | CR-01-00057: USA v. Mesngon<br>Party: MESNGON, JOSEPH ANTHONY Q.<br>　　Restitution | $ 121.71 |
| | | | Payment Type(s)<br>　　Check #0084268 101-511/1214 | $ 121.71 |

*321.71*