MESNGON_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A.Q. MESNGON,<br><br>Defendant. | CRIMINAL CASE NO. 01-00057<br><br>**O R D E R**<br><br>Re: United States Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Fund 109900) |

Based upon the Plaintiff's Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Fund 109900), the Court hereby orders the amount of $20.00 shall be transferred from the Restitution Fund to the Penalty Fund (Fund 109900) and applied as payment of the penalty imposed in this case against defendant.

**IT IS SO ORDERED**, this 5th day of June 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL